## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**TANNICA S. BINDER**,

    *Plaintiff,*

vs.

**OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES.,**

    *Defendant.*

Case No.:  **CIV-16-1039-W**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Tannica S. Binder, hereby stipulates with Defendant, Oklahoma Department of Rehabilitation Services, that this action shall be dismissed with prejudice.  Each party is to bear its own costs and attorney fees.

Respectfully submitted,

*s/ Jon J. Gores*
_____
Robert J. Wagner, OBA #16902
Jon J. Gores, OBA #31068
WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118-5038
(405) 521-9499, (Fax) 521-8994
rjw@wagnerfirm.com
jjg@wagnerfirm.com
Attorneys for Plaintiff

*s/ Dixie L. Coffey*
_____
Dixie L. Coffey, OBA #11876
Assistant Attorneys General Oklahoma
Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahomaa City, Oklahoma 73105
(405) 521-3921, (Fax) 521-4518
Attorney for Defendant